UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Civil Action No. 09-66-HRW

DAVID O. ADKINS,                                                        PETITIONER,

v.                                            **ORDER**

JOSEPH MEKO,
Warden, Little Sandy Correctional Complex,         RESPONDENT.

David Adkins filed, *pro se*, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, the matter was referred to United States Magistrate Judge Edward B. Atkins. The Magistrate has issued a report and recommends that the Petition be denied [Docket No. 13].

Petitioner has filed timely objections [Docket No. 14]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. The Objections are, essentially, a reiteration of the arguments set forth in the Petition. Those arguments were considered and rejected by the Magistrate Judge. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED**:

1) that the Magistrate Judge's report and recommendation [Docket No. 13] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court;

2) that the petition is **DISMISSED** and is **STRICKEN** from the docket; and

4) that this is a final and appealable order.

This 7th day of January, 2011.



Henry R. Wilhoit, Jr., Senior Judge